UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.

CHAIM STERN

CRIMINAL NO. 3:20CR7 (JCH)

VIOLATIONS:
18 U.S.C. § 664
(Theft or Embezzlement From Employee Benefit Plan)

18 U.S.C. § 669
(Theft or Embezzlement In Connection With Healthcare)

26 U.S.C. § 7202
(Willful Failure to Pay Tax)

## INFORMATION

The United States Attorney charges:

### COUNT ONE
(Theft or Embezzlement From Employee Benefit Plan)

1.  Between in or about January 2011 and August 2013, in the District of Connecticut and elsewhere, the defendant CHAIM STERN embezzled, stole and unlawfully and willfully abstracted and converted to his own use and the use of another in the approximate amount of $3.8 million, the moneys, funds, securities, premiums, credits, property and other assets of the Bridgeport Health Care Center, Inc. Retirement Plan, an employee pension benefit plan subject to Title I of the Employee Retirement Income Security Act of 1974 and of a fund connected with such plan.

In violation of Title 18, United States Code, Section 664.

## COUNT TWO
(Theft Or Embezzlement In Connection With Health Care)

2. In or about February 2015, in the District of Connecticut and elsewhere, the defendant CHAIM STERN knowingly and willfully embezzled, stole, and converted without authority to the use of another who was not the rightful owner, approximately $305,608.06, which was the property of the Bridgeport Health Care Center, Inc. Health Benefit Plan, a health care benefit program as defined in Title 18, United States Code, Section 24(b).

In violation of Title 18, United States Code, Section 669.

## COUNT THREE
(Willful Failure to Pay Tax)

3. At all times relevant to this Information, the Bridgeport Health Care Center ("BHCC") was a corporation doing business in Bridgeport, Connecticut, and the Rosegarden Health and Rehabilitation Center LLC ("Rosegarden") was a limited liability company doing business in Waterbury, Connecticut. Both BHCC and Rosegarden were in the business of providing nursing and rehabilitation services.

4. At all times relevant to this Information, the defendant CHAIM STERN controlled every aspect of and was the principal operator of BHCC and Rosegarden.

5. At all times relevant to this Information, BHCC and Rosegarden withheld taxes from their employees' paychecks, including federal income taxes and Federal Insurance Contribution Act ("FICA") taxes, which includes Medicare and social security taxes.

6. Beginning on or about January 1, 2017, and continuing through an including the First Quarter of 2018, the defendant CHAIM STERN willfully failed to pay over to the Internal Revenue Service ("IRS") all of the federal income taxes withheld and FICA taxes due and owing to the United States on behalf of BHCC and Rosegarden and their employees.

<u>The Charged Obligation</u>

7. On or about March 31, 2018, in the District of Connecticut, the defendant CHAIM STERN, being required by the internal revenue laws to collect, account for, and pay over to the IRS all of the federal income taxes and FICA taxes due and owing to the United States of America as required based upon the taxable wages of the employees of BHCC, willfully failed to pay over such taxes, in the amount of approximately $817,578.53, for the First Quarter of 2018.

All in violation of Title 26, United States Code, Section 7202.


UNITED STATES OF AMERICA

*[signature]*
LEONARD C. BOYLE
FIRST ASSISTANT UNITED STATES ATTORNEY

*[signature]*
DAVID E. NOVICK
ASSISTANT UNITED STATES ATTORNEY

*[signature]*
NEERAJ N. PATEL
ASSISTANT UNITED STATES ATTORNEY