UNITED STATES DISTRICT COURT DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>CHAIM STERN,<br><br>         Defendant. | 20-cr-007 (JCH)<br><br>HON. JANET C. HALL<br>U.S.D.J. |

**MOTION FOR ADJOURNMENT OF SENTENCING DATE**

Chaim Stern respectfully submits this motion, with the consent of the U.S. Attorney's Office, for a 90 to 120-day adjournment of his sentencing, Mr. Stern is currently scheduled to be sentenced on December 17.

We make this request due to the recent nation-wide uptick in COVID cases. In particular, undersigned counsel, due to his age and certain medical conditions, faces a heightened risk from COVID exposure. The same is true of Defendant Stern—who is 72 and suffers from numerous health concerns. In addition, Mr. Stern's wife recently tested positive for COVID. We are therefore concerned that an in-person sentencing cannot be held safety in the near future.

We believe that a 90 to 120-day adjournment should allow Mr. Stern's sentencing to be held safety in the early spring. Mr. Stern is aware that the Court has the ability to conduct the sentencing hearing solely via Zoom if all requirements of the CARES Act are met. At this time, however, Mr. Stern does not consent to a completely virtual hearing and prefers to wait until an in-person hearing can be safely conducted.

107059243.1

If the Court grants this motion, we respectfully ask that the Court not schedule Mr. Stern's sentencing between March 25 and April 6 due the holiday of Passover.

The U.S. Attorney's Office consents to this request.

Dated: December 3, 2020
Stamford CT

                                                    Respectfully submitted,

                                                    By:  */s/ Stanley A. Twardy, Jr.*
                                                    Stanley A. Twardy, Jr. (CT 05096)
                                                    Day Pitney LLP
                                                    One Stamford Plaza
                                                    263 Tresser Boulevard
                                                    Stamford, CT 06901
                                                    Tele:  (203) 977-7368
                                                    Fax:   (203) 977-7301
                                                    satwardy@daypitney.com