UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>CHAIM STERN,<br>                    Defendant. | **20-cr-007 (JCH)**<br><br>**HON. JANET C. HALL U.S.D.J.** |

## MOTION FOR ADJOURNMENT OF SENTENCING DATE

Chaim Stern respectfully submits this motion, with the consent of the U.S. Attorney's Office, for an adjournment of his sentencing date until on or after April 20, 2021. Mr. Stern is currently scheduled to be sentenced on March 17.

The U.S. Attorney's Office, pursuant to a subpoena, recently obtained new financial records, relevant to Mr. Stern's sentencing, and is in the process of providing them to the defense. Both parties agree that an adjournment of a month will provide adequate time for the government to provide these new documents to the defense and for the defense to review them before Mr. Stern's sentencing. The requested adjournment will also move Mr. Stern's sentencing until after the completion of the Passover holiday, which this year ends on April 4, as well as past the week of the 12th, when some counsel have personal conflicts.

On the week of April 19th, counsel for both parties are available anytime on Tuesday the 20th, Wednesday the 21st after 10:30 a.m., or Thursday the 22nd in the morning.

The U.S. Attorney's Office consents to this request.

Dated: March 2, 2021
      Stamford CT

                    Respectfully submitted,

               By: /s/ Stanley A. Twardy, Jr.
                   Stanley A. Twardy, Jr. (CT 05096)
                   Day Pitney, LLP
                   One Stamford Plaza
                   263 Tresser Boulevard, 7th Floor
                   Stamford, CT 06901
                   (203) 977 7368 257-4880
                   satwardy@daypitney.com