# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 3:20-cr-0007 (JCH) |
| | ) | |
| CHAIM STERN, | ) | |
| | ) | |
| Defendant. | ) | April 12, 2021 |

## MOTION FOR ADMISSION *PRO HAC VICE* OF SUSAN R. NECHELES

Pursuant to Rule 83.1(d) of the Local Rules of Civil Procedure for the District of Connecticut, the undersigned counsel, a member of the Bar of this Court, respectfully moves for Susan R. Necheles to be admitted *pro hac vice* to appear before this Court on behalf of Defendant Chaim Stern in the above-captioned matter.

1.      Pursuant to Local Rule 83.1(d)(1), an affidavit of Attorney Necheles stating her qualifications for admission *pro hac vice* is attached as Exhibit A to this motion.

2.      Pursuant to Local Rule 83.1(d)(2), the granting of this motion will not require the modification of any scheduling order entered in this matter.

3.      Pursuant to Local Rule 83.1(d)(3), this motion is accompanied by payment of a fee of $200.00 to the Clerk of this Court.

4.      Pursuant to Local Rule 83.1(d)(4), Attorney Necheles will promptly file a certificate of good standing from the Bar of the State of New York, where she has her primary office, with the Clerk of this Court upon admission to this Court *pro hac vice*.

WHEREFORE, the undersigned counsel respectfully moves for Susan R. Necheles to be admitted *pro hac vice* in the above-captioned matter.

Respectfully submitted,

DEFENDANT CHAIM STERN,

By: */s/Stanley A Twardy, Jr.*
    Stanley A. Twardy, Jr. (ct#05096)
    satardyt@daypitney.com
    Day Pitney LLP
    263 Tresser Blvd.
    Stamford, CT 06901
    (203) 977-7425 (telephone)
    (203) 583-8122 (fax)

## CERTIFICATION

I hereby certify that on the above date a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

                                              */s/ Stanley A. Twardy, Jr.*
                                              Stanley A. Twardy, Jr. (ct#05096)

# EXHIBIT A

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 3:20-cr-0007 (JCH) |
| | ) | |
| CHAIM STERN, | ) | |
| | ) | |
| Defendant. | ) | |

### AFFIDAVIT OF SUSAN R. NECHELES

I, Susan R. Necheles, being duly sworn, depose and say:

1.      I am over 18 years old and believe in the obligations of an oath.

2.      I submit this affidavit pursuant to Local Rule of Civil Procedure 83.1(d)(1) in support of the motion to admit me *pro hac vice* to represent Defendant Chaim Stern in the above-captioned action.

3.      I am an attorney with the law firm of NechelesLaw LLP, 249 4th Ave. Brooklyn NY 11215, telephone number (212) 997-7400 and facsimile number (212) 997-7646. My e-mail address is: snecheles@necheleslaw.com

4.      I am a member in good standing of the bar of the State of New York (#2103638), the United States Court of Appeals for the Second Circuit (no bar number assigned), the United States District Court for the Southern District of New York (no bar number assigned), and the United States District Court for the Eastern District of New York (no bar number assigned).

5.      I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

6.      I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice while facing a disciplinary complaint before this Court or any other court.

7.     I have fully reviewed and am familiar with the Federal Rules of Criminal

Procedure, the applicable Local Rules of the United States District Court for the District of

Connecticut, and the Connecticut Rules of Professional Conduct.

8.     I designate my sponsoring attorney, ~~Sara J. Van Vliet~~ Stanley A. Twardy, Jr. of Day Pitney LLP, as my

agent for service of process and designate the District of Connecticut as the forum for the

resolution of any dispute arising out of my admission.

_____
Susan R. Necheles


Sworn to before me this _13_ day of April __, 2021.

_____
Notary Public
My Commission Expires:

JOSEPH R. SKOLER
Notary Public, State of New York
No. 01SK6116932
Qualified in New York County
Commission Expires October 12, 2008 2022

-5-