Criminal Std (6/13/2012)

HONORABLE: Janet C. Hall
DEPUTY CLERK: Diahann Lewis
RPTR/ECRO/TAPE: Terri Fidanza
USPO: Lauren Harte
INTERPRETER:

TOTAL TIME: 1 hours ___ minutes
DATE: 4/13/2021    START TIME: 1:00    END TIME: 2:00

## COURTROOM MINUTES

- ☐ IA-INITIAL APPEAR
- ☐ BOND HRG
- ☐ CHANGE OF PLEA
- ☐ IN CAMERA HRG
- ☐ IA- RULE 5
- ☐ DETENTION HRG
- ☐ WAIVER/PLEA HRG
- ☐ COMPETENCY HRG
- ☐ ARRAIGNMENT
- ☐ PROBABLE CAUSE
- ☐ EXTRADITION HRG
- ☐ FORFEITURE
- ☐ CONFLICT HRG
- ☐ EVIDENTIARY HRG
- ☒ STATUS CONF
- ☐ MOTION HRG

CRIMINAL NO. 3:20CR07    DEFT # ___

UNITED STATES OF AMERICA
vs
Chaim Stern

AUSA: Neeraj Patel / David Novick

Stan Twardy
Counsel for Defendant Ret ☐ CJA ☐ PDA ☐

---

- ☐ ....... Deft failed to appear. Oral Motion for issuance of Warrant ☐ granted ☐ denied ☐ Bond FORFEITED
- ☐ ...... ☐ Arrest Date (CT Case): _____ ☐ Case unsealed or ☐ Rule 5 arrest, _____ Dist of _____
- ☐ ...... CJA 23 Financial Affidavit filed ☐ under seal
- ☐ ...... Order Appointing Federal Public Defender's Office filed
- ☐ ...... Court appoints Attorney _____ to represent defendant for ☐ this proceeding only ☐ all proceedings
- ☐ ...... Appearance of _____ filed
- ☐ ...... ☐ Complaint filed ☐ Sealed Complaint filed ☐ Affidavit of _____ filed
- ☐ ...... ☐ Information/Misdemeanor filed ☐ Sealed Information filed
- ☐ ...... ☐ Waiver of Indictment (case opening) filed ☐ Felony Information filed
- ☐ ...... ☐ Waiver of Indictment (mid case) filed ☐ Superseding Information filed
- ☐ ...... Plea Agreement Ltr filed ☐ under seal ☐ to be e-filed
- ☐ ...... Plea of ☐ not guilty ☐ guilty ☐ nolo contendere to count(s) _____ of the _____ (indict, superseding indict, info)
- ☐ ...... Petition to Enter Guilty Plea filed
- ☐ ...... Defendant motions due _____ ; Government responses due _____
- ☐ ...... Scheduling Order ☐ filed ☐ to be filed ☐ Sentencing Scheduling Order
- ☐ ....... Hearing on Pending Motions scheduled for _____ at _____
- ☐ ...... Jury Selection set for _____ at _____
- ☐ ...... Remaining Count(s) to be dismissed at sentencing
- ☐ ...... Sentencing set for _____ at _____ ☐ Probation 246B Order for PSI & Report
- ☐ ...... Special Assessment of $_____ on count(s) _____. Total $_____ ☐ Due immediately ☐ Pay at sentencing
- ☐ ...... Govt's Motion for Pretrial Detention filed ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
- ☐ ...... Govt's ORAL Motion for Pretrial Detention ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
- ☐ ...... Order of Detention filed
- ☐ ...... Deft ordered removed/committed to originating /another District of _____
- ☐ ...... No bond set at this time, Order of Temporary Detention Pending Hearing ☐ filed ☐ to be filed
- ☐ ...... Waiver of Rule 5 Hearing filed
- ☐ ...... Govt's Motion for waiver of 10-day notice ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
- ☐ ...... Bond ☐ set at $_____ ☐ reduced to $_____ ☐ Non-surety ☐ Surety ☐ Personal Recognizance
- ☐ ...... Bond ☐ revoked ☐ reinstated ☐ continued ☐ modified
- ☐ ...... Defendant detained
- ☐ ...... _____ Hearing ☐ waived ☐ set for _____ ☐ continued until _____
- ☐ ...... Set Attorney Flag and notify Federal Grievance Clerk

☒ SEE page II for   ☐ conditions of bond   ☒ additional proceedings

## CONDITIONS OF BOND

☐ ..... Travel restricted to Connecticut of extended to _____
upon obtaining permission from USPO.  A motion for any other travel with copies to the Govt and to USPO must be filed and approved by the Court.

☐ ..... Deft must reside at _____

☐ ..... Deft must report to USPO _____ times a ☐ week ☐ month ☐ by telephone ☐ in person ☐ at USPO discretion.

☐ ..... Deft ☐ must surrender passport by 4:00 p.m. on _____ ; ☐ Must not apply for a passport.

☐ ....... Deft must refrain from the possession of firearms or dangerous weapons.

☐ ..... Deft must maintain employment or actively seek employment.

☐ ..... Deft must refrain from use or unlawful possession, or distribution of a narcotic drug.

☐ ..... as set forth in the Order Setting Conditions of Release

☐ ....... _____

## ADDITIONAL PROCEEDINGS

☐ ..... Deft's oral motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... Deft's oral motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... Deft's oral motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... Deft's oral motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... Govt's oral motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... Govt's oral motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... Govt's oral motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... Govt's oral motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... # ____ Deft _____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... # ____ Deft _____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... # ____ Govt Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... # ____ Govt Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... _____  ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ..... _____  ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ..... _____  ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ..... _____  ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ..... _____  ☐ filed ☐ granted ☐ denied ☐ advisement

Notes:

Shlomo Leshkowitz, Accountant appeared to answer inquiries re financial statement.